# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

```
IN RE:                              )
JAMES E. PATTERSON                  )
SUSAN D. PATTERSON,                 )      CHAPTER 7
         Debtors.                   )      04-94268-JEM
_____        )
```

## NOTICE OF PAYMENT OF FUNDS INTO THE REGISTRY OF THE COURT

COMES NOW JANET G. WATTS, Chapter 7 Trustee, and, pursuant to 11 U.S.C. §347 and FRBP 3011, hereby pays the sum of $15,082.71 into the registry of the court. Said sum represents the remaining check unpaid after 90 days. The check was neither cashed nor returned. The payee information is summarized as follows:

| Payee and Address | Check No. | Amount | Memo |
|---|---|---|---|
| 1. Department of the Treasury<br>Internal Revenue Service<br>401 W. Peachtree Street, N.W.<br>Stop 334D<br>Atlanta, GA 30308 | 108 | $8,287.16<br>484.30<br>$5,962.79<br>348.46 | Unsecured<br>Interest<br>Priority<br>Interest |
| Total Combined Check | | $15,082.71 | |

DATED:   4/29/08                    /s/ Janet G. Watts
                                    _____
                                    JANET G. WATTS, Chapter 7 Trustee
600 North Glynn Street, Suite C     Ga. Bar No. 632067
Fayetteville, GA 30214 (770) 461-1320

## CERTIFICATE OF SERVICE

I, Janet G. Watts, certify that I am over the age of 18 and that on April 29, 2008, I served a copy of the foregoing Notice of Payment Into the Registry of the Court by placing same in the United States mail, first class, adequate postage prepaid, addressed as follows: Office of the United States Trustee, 362 Richard B. Russell Building, 75 Spring Street, SW, Atlanta, GA, 30303; Department of the Treasury, Internal Revenue Service, 401 W. Peachtree Street, NW, Stop 334D, Atlanta, GA, 30308; USA through IRS c/o US Attorney, 1800 Richard B. Russell Building, 75 Spring Street, SW, Atlanta, GA, 30303; Melvyn R. Burrow, Attorney at Law, Suite 230, 131 Ponce de Leon, Atlanta, GA, 30308; James E. and Susan D. Patterson, 2159 Highview Road, SW, Atlanta, GA, 30311.

This the 29th day of April, 2008.

/s/ Janet G. Watts

_____

JANET G. WATTS